UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| TERRI M. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:25-cv-00175-RLY-CSW |
| | ) | |
| AMERIQUAL FOODS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON DEFENDANT'S MOTION TO STRIKE**

This matter came before the Court on a *Motion to Strike* (Dkt. 23) filed by the Defendant, Ameriqual Foods, LLC. The *Motion* informs that Defendant filed a document in this case in error. The document relates to another case and has no relevance in this matter.

The Court, being duly advised, now finds that the Motion should be **GRANTED.**

IT IS THEREFORE ORDERED that Dkt. 22 shall be stricken from the record.

**SO ORDERED.**

Date: January 7, 2026

Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Distribution:

TERRI M. SMITH
1616 N. 6th Avenue
Evansville, IN 47710

Jeffrey B. Halbert
BOSE MCKINNEY & EVANS, LLP (Indianapolis)
jhalbert@boselaw.com